JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - Eastern Division

| | | |
|---|---|---|
| RANDI MILLER, | ) | Case No. ED CV 09-00996-SGL(SSx) |
| Plaintiffs, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| FIRST HORIZON HOME LOANS, ET AL, | ) | |
| Defendants. | ) | |

The Court having ordered the plaintiff to show cause in writing, not later than July 28, 2009, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

The Court **ORDERS** that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure Rule 41.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 29, 2009

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE